IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MARY ANN (SHAW) NAWROCKI,

    Plaintiff,

v.

NANCY A. BERRYHILL,
Acting Commissioner of Social Security

    Defendant.

ORDER

18-cv-51-jdp

Plaintiff Mary Ann (Shaw) Nawrocki has filed a civil suit pursuant to 42 U.S.C. § 405(g) for review of a final decision of the Commissioner of Social Security denying plaintiff's application for social security disability benefits. Plaintiff has not submitted the $400 filing nor has she submitted a motion for leave to proceed without prepayment of the filing fee. However, plaintiff has submitted a petition for leave to proceed without prepayment of the filing fee pursuant to 28 U.S.C. § 1915 (dkt. #2) in case no. 18-cv-50-jdp, which was filed the same day as this case.

From the affidavit of indigency plaintiff has submitted in case no. 18-cv-50-jdp, I find that plaintiff is unable to prepay the fees and costs of commencing this action or to give security therefor.

Accordingly, IT IS ORDERED that plaintiff Mary Ann (Shaw) Nawrocki's petition for leave to proceed without prepayment of the filing fee is GRANTED. The clerk of court shall issue the summons and send it via certified mail, along with a copy of the complaint, to the defendant, the local United States Attorney and the United States Attorney General in accordance with Federal Rule of Civil Procedure 4(i).

Entered this 25th day of January, 2018.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge