IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MARY ANN (SHAW) NAWROCKI,

    Plaintiff,

v.

NANCY BERRYHILL,
Acting Commissioner, Social Security
Administration,

    Defendant.

JUDGMENT IN A CIVIL CASE

18-cv-51-jdp

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant dismissing this case.

/s/                                             11/27/2018

Peter Oppeneer, Clerk of Court              Date